

Strictly Private & Confidential

September 13, 2012

Symmetry Asset Management Inc.
1250 Hayter Road
Edmonton, AB, T6S 1A2
Attention: Dan White

Dear Dan:

**Re:** **$40 Million (Maximum) First Mortgage Financing**
**Ft. McMurray Property**
**Eco-Industrial Business Park (Lot 11), Edmonton**

Thank you for providing Romspen with the opportunity to consider the above-noted financing. We are pleased to provide a proposal, detailed in this letter agreement, which we believe will satisfy your requirements.

This letter agreement sets out the basic terms of the financing which we propose to offer to you regarding the above. If these terms are acceptable to you, please execute and return this agreement to us by the Expiry Date. This will enable us to allocate funds for the purpose of this proposed transaction and to provide our standard form of comprehensive loan commitment ("Commitment") for signature. Provided we deliver a Commitment on substantially similar terms as below, and subject to the execution of an agreement to purchase the Fort McMurray Property (as defined below), your Standby Deposit shall be deemed earned by us whether or not you choose to accept the Commitment. In the event that we are unable or unwilling to offer the proposed financing to you or if the Commitment delivered to you by us is not on substantially the same terms as below, the standby deposit shall be refunded to you in accordance with the provisions of this letter agreement. Upon successful completion of the transaction the standby deposit shall be credited to the fees payable by you as hereafter noted.

**Terms:**

Borrower: A limited partnership to be formed, acceptable to the Lender

Security:

1. First-ranking mortgage on the property comprising approximately 93.52 acres, in Fort McMurray, AB, adjacent to the airport, and legally described as Meridian 4, Range 4, Township 88, Section 22, NW Quarter, and having a represented value of approximately $30,000,000 and $80,000,000 as when subdivided and serviced (the "Ft. McMurray Property"); and

2

    2. First-ranking mortgage on the property known as Lot 11 in Eco-Industrial Business Park, Edmonton, AB, comprising approximately 113.26 acres improved with industrial and commercial buildings and having a represented value of $25,000,000 (the "Edmonton Property").

(collectively, the "Properties")

| | |
|---|---|
| Additional Security: | 1. Specific and/or general assignment of all rents, leases, tenancies and other material contracts in respect of the Properties; |
| | 2. General security agreements creating a first ranking security interest in favour of the Lender over the assets of the Borrower and Guarantor; |
| | 3. Such other security as may be required by the Lender and/or the Lender's solicitors, acting reasonably. |
| Guarantor: | A limited partnership to be formed, acceptable to the Lender,. Dan White represents and warrants that there are no other parties having a beneficial or related interest in the Properties. |
| Amount: | A maximum of $40,000,000, to be used for the acquisition of the Fort McMurray Property, to fund construction of services and subdivision of the Fort McMurray Property on a cost-to-complete basis, as applicable, and to pay fees and transaction costs. |
| Advance Date: | On the date of completion of the Borrower's purchase of the Fort McMurray Property, provided that such date is subject to the receipt of all due diligence materials listed in Schedule A, in the Commitment, or otherwise requested by the Lender or its counsel, no later than 10 business days prior to such date. |
| Rate: | 12% per annum |
| Payments: | Interest shall be calculated and compounded monthly. Interest shall accrue and no payments shall be required during the first year of the Term. During the second year of the Term, Lender may require monthly interest payments of up to 75% of the monthly interest calculated on the Loan. Lender shall determine the amount of such interest payment by giving advance notice to the Borrower 30 days prior to the expiration of the first year of the Term, and shall consider any payments received from sales of lots, the relative value of the remaining security, and progress of the development on the Fort McMurray Property in assessing such required interest payments. |
| Taxes: | The Lender may require a tax account to be established for realty taxes. Lender acknowledges that the Guarantor is appealing realty taxes on the Edmonton Property. Guarantor agrees to keep Lender informed as to the progress of such appeal, and to pay all realty taxes due upon conclusion of final settlement. |
| Term: | Two (2) years |



| | |
|---|---|
| Privileges: | The Borrower may prepay the whole of the principal owing, on a payment date, upon one month's written notice in advance of payment or payment of one month's interest, as a bonus, in lieu of notice. |
| Additional Terms: | |

**Participation Fee**

As a collateral advantage to the Lender, the Borrower agrees to issue to the Lender or its nominee Class B units of limited partnership interest in the Borrower ("Class B Units"). Ownership of Class B Units will entitle the holder to 15% of the net profits realized from the development, sale and/or earlier refinancing of any portion of the Fort McMurray Property upon the closing of any such sale or refinancing, or 15% of any net lease payments, upon the leasing of any portion of the Fort McMurray Property. For the purposes of the foregoing:

(i) net profits shall be calculated in accordance with IFRS and allocated reasonably to the portion of the property sold, with no deduction or allocation of expenses made for any overhead, salaries to Dan White or any other employee of the Guarantor, or any other expenses paid to any related party; and

(ii) net lease payments shall be calculated as the net rent received after payment of all realty taxes and other operating costs required to be paid by the landlord, less any interest payable to third party lenders.

For greater certainty, the holder's ownership of Class B Units will continue regardless of the repayment of indebtedness under the Loan.

**Proceeds of Sale of Edmonton Property**

Provided the loan is not in default, and subject to the Lender's customary conditions, the Lender will provide a partial discharge of its security on the Edmonton Property to facilitate a sale of the Edmonton Property provided that Borrower provide acceptable alternative security, satisfactory to the Lender in its sole discretion acting reasonably, or upon payment to the Lender of the net sales proceeds from such sale.

This offer and any Commitment issued pursuant hereto is subject to the Lender receiving and being satisfied, in its sole and absolute discretion, with the following:

1. an inspection of the Properties and an interview with the principals of the Borrower and Guarantor;

2. verification of the use of the Properties and income generated or to be generated from them;

3. approval by the Lender of the limited partnership agreement of the Borrower and the terms and conditions attaching to the Class B Units, including, but not limited to, audit rights, major decision rights, rights with respect to fundamental changes and other changes that would affect the value of the



Class B Units, and other protective provisions as required by the Class B Unit holder; and

4. all other matters set out in Schedule A attached hereto.

The Commitment will contain additional terms and provisions enhancing and detailing the essence of the basic terms herein set out and not inconsistent therewith.

| Fees: | | |
|---|---|---|
| | Lender's Administration Fee | $1,000 |
| | Lender's Fee | $1,200,000* |
| | Insurance Risk Management Fee | $1,500** |
| | Lender's Advance Fee (per advance) | $1,000 |
| | Lender's Basic Legal Fees (estimated) | $30,000** |
| | Lender's Legal Fees (per advance) | $500** |

*Payable as to 2% of each advance and 1% of the balance at maturity
** Plus disbursements and applicable taxes if any.

Schedules: Schedule A attached hereto shall form part of this letter agreement.

Confidentiality: No terms of this letter agreement may be disclosed to any third party without the prior written consent of the Lender.

Exclusivity: Following acceptance of this letter agreement, the Borrower agrees to work exclusively with the Lender for 45 days to finalize and execute the proposal.

Jurisdiction: The parties agree that this letter agreement shall be interpreted and governed in accordance with the laws of the Province of Alberta.

Expiry Date: This letter agreement is open for acceptance until September 14, 2012, after which it shall have no further effect.

If you wish to proceed we require the following by the Expiry Date:

1. An executed copy of this letter agreement; and

2. Upon the execution of an agreement to purchase the Fort McMurray Property, a standby deposit ("Standby Deposit") of $50,000 by certified cheque, draft, wire transfer or direct deposit, payable to Romspen Investment Corporation, which is refundable (less any third party expenses) to you if we do not provide you with a Commitment. An additional deposit of $200,000 will be required upon acceptance of the Commitment.

The foregoing is not intended to constitute a formal offer to provide financing, or, except with respect to the Jurisdiction, Exclusivity, Confidentiality, Standby Deposit and Expiry clauses outlined above, create any binding obligation between the parties in the absence of a formal agreement supported by appropriate legal documentation.



5

This letter agreement may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall constitute one and the same agreement. Counterparts may be executed either in original or faxed form.

We are enthusiastic about working with you in finalizing this proposal and providing the financing outlined above. If you have any questions, please feel comfortable calling me at any time to discuss them further. We look forward to your early response.

Yours very truly,

**Romspen Investment Corporation**
Per:

**Wes Roitman**



6

We hereby agree to the above noted terms and submit our standby deposit.

Dated at EDMONTON this 13 day of SEPTEMBER, 2012.

**Borrower:**

Dan White, on behalf of the general partners of the Borrower and Guarantor, to be incorporated.

_____          Witness: _____
**Dan White**

## SCHEDULE "A"

### Due Diligence Material
### (As Applicable)

1. Completed Lender's Application Form from each Borrower and Guarantor.

2. Details of ownership structure including all shareholders and/or beneficial owners of each Borrower and corporate Guarantor setting out the issued shares held by each shareholder.

3. Financial statements from each Borrower and Guarantor for the two most recent full fiscal years and for the fiscal year to date.

4. Approved current operating budget for each property to be secured, such budget to include cash flow pro forma statement, indicating estimated timing for receipt of revenue, payment of expenditures, funding sources and repayment schedule for such funding.

5. All signed leases and offers to lease.

6. Detailed rent roll setting out names of all tenants, amount of space occupied, monthly rent, lease commencement and termination dates, renewal rights and any rental arrears.

7. Most recent site plan and survey for each property to be secured.

8. Most recent environmental report for each property to be secured.

9. Most recent appraisal for each property to be secured.

10. Most recent engineering/structural report for each property to be secured.

11. Copy of registered deed and copy of all registered encumbrances for each property to be secured.

12. Copy of all security agreements registered pursuant to the Personal Property Security Act against each Borrower and Guarantor.

13. Copy of agreement of purchase and sale for each property to be secured. If a property is being purchased, copy of the agreement of purchase and sale for such property together with confirmation of deposits.

14. Current property tax assessments and proof of payment of all outstanding realty taxes for each property to be secured.