# PURCHASER'S STATEMENT

Date: September 30, 2015　　　　　　　　　　　　　　　　　　　　　　　　　GFNo: 1515475-COM

**Sale From:** MFPB Ed Bluestein LLC, a Texas limited liability company as to 50% interest
3839 Bee Cave Road, Ste. 205
Austin, TX 78746

**To:** MOS8 Partners, Ltd., a Texas limited partnership
2700 Barton Creek Blvd., Suite 230
Austin, TX 78735

Travis County Exchange Corporation as Qualified Intermediary for Farahani Family, LLC as to a 25% interest
3723 Jefferson, Ste. 210
Austin, TX 78731

Travis County Exchange Corporation as Qualified Intermediary for 3423 Holdings, LLC as to a 25% Interest
P.O. Box 40127
Austin, TX 78704

**Property:** Lot 1A-B, RESUBDIVISION PLAT OF LOT 1A, RESUB PLAT OF LOT 1, MOTOROLA INC. ED BLUESTEIN FACILITY, Travis County, TX
3443 Ed Bluestein Blvd.
Austin, TX 78721

| | |
|---|---:|
| **Purchase Price** | $13,000,000.00 |
| **Plus: Charges** | |
| Loan Charges to Service Lloyds Insurance Company | $86,369.00 |
|     Loan Commitment Fee ............ $86,369.00 | |
| Attorney's Fees (Lender's Counsel) to Kenyon & Sproull, P.C. | $6,850.00 |
| Attorney's Fees (Buyer/Borrower's Counsel) --ESTIMATED to Metcalfe Wolff Stuart & Williams, LLP | $37,374.49 |
| Information Gathering/Feasibility Study to GSC Architects | $112,700.00 |
| Consulting Services (MOS8 Partners portion only) to Digital 724 | $26,788.90 |
| Strategy & Creative Planning to Watershed 5 Studios | $1,625.00 |
| Property Insurance to FD&S Insurance Agency | $64,296.62 |
| Liability Insurance to FD&S Insurance Agency | $42,097.23 |
| Reimbursement for Initial Payment to GSC Architects and payment to Roy Bechtol to International Development Management | $27,000.00 |
| Operating Capital to MOS8 Partners, Ltd. | $250,000.00 |
| Title Insurance to Independence Title Co. | $16,844.35 |
|     LP/OP Simultaneous ............ $100.00 | |
|     Tax Amendment - Rollbacks ............ $20.00 | |
|     Tax Amendment - NYD&P ............ $5.00 | |
|     End T-19 REM LP Non Resi ............ $2,974.10 | |
|     End T-23 Access ............ $100.00 | |
|     End T-25 Contiguity ............ $100.00 | |
|     Area&BndryAmend T-1 OP ............ $8,127.15 | |
|     EndT-19.1NonResi+AreaBndAmd ............ $5,418.10 | |
|     60% of Title Premium to Jimmy Nassour, Attorney (after UW) | |
| Title Company Fees to Independence Title Co. | $658.00 |
|     Escrow Fee ............ $250.00 | |
|     Courier Fee ............ $50.00 | |
|     Recording Fees ............ $344.00 | |
|     E-recording Fees ............ $14.00 | |

Printed at: 09/30/2015 (10:44 am)　　　　　　*Compliments of* **Independence Title**

GFNo: 1515475-COM                                                                Page 2

Reimbursement to Seller for Insurance Policy ........................................................................$9,052.72

        **Total Charges**........................................................................................$681,656.31
        **Gross Amount Due By Purchaser**........................................................$13,681,656.31

**Less: Credits**
Tax Proration 1/1/15 to 9/18/15 ...............................................................................$118,664.00
Earnest Money Released to MFPB Ed Bluestein, LLC ..........................................$100,000.00
Additional Earnest Money Released to MFPB Ed Bluestein LLC .........................$400,000.00
2nd Additional Earnest Money Released to MFPB Ed Bluestein LLC ..................$100,000.00
Portion of GrayRab 183 LLC Proceeds as Equity Investment in MOS8
Holdings LLC .........................................................................................................$800,000.00
Loan Amount from Service Lloyds Insurance Company.....................................$6,500,000.00

        **Total Credits**......................................................................................$8,018,664.00
        **Balance Due by Purchaser**..................................................................$5,662,992.31

Purchaser understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The lender involved may be furnished a copy of this statement.

Purchaser understands that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for the current year, and in the event of any change for current year, all necessary adjustments must be made between Purchaser and Seller direct.

The undersigned hereby authorizes Independence Titleto make expenditure and disbursements as shown above and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement

GFNo: 1515475-COM                                             Page 3

Independence Title                           MOS8 Partners, Ltd., a Texas limited
                                             partnership

By _____/s/_____                         By: MOS8 GP, LLC, a Texas limited liability
    Gay M. Heavilin           company, its General Partner

                                             By: _____/s/_____
                                                 Richard Weldon, Manager

                                             By: _____
                                                 Christopher Milam, Manager

GFNo: 1515475-COM                                                    Page 3

Independence Title                          MOS8 Partners, Ltd., a Texas limited
                                            partnership

By _____/s/ Gay M. Heavilin_____          By: MOS8 GP, LLC, a Texas limited liability
     Gay M. Heavilin                        company, its General Partner

                                            By: _____
                                                 Richard Weldon, Manager

                                            By: _____
                                                 Christopher Milam, Manager