## THE DAN WHITE FAMILY TRUST
## APPOINTMENT OF TRUSTEE

I, ADAM ZARAFSHANI, accept my appointment as a Trustee of The Dan White Family Trust, effective November 6, 2017.

_____
NEW TRUSTEE SIGNATURE

Adam Zarafshani
PRINT NAME

Nov-6- 2017
DATE