**From:** Dan White dwhite@symmetryinc.com
**Subject:** Re: Romspen
**Date:** October 19, 2019 at 3:56 PM
**To:** Adam Zarafshani adam@panache-usa.com
**Cc:** Roderick Payne rodp@hplegal.ca



I'm not angry at all Adam I'm extremely happy. Please do not talk to these criminals and if you get any correspondence forwarded to me please send them an email saying that we do not want to talk .if you want to negotiate or communicate do it in writing

Sent from my iPhone

> On 19/10/2019, at 5:40 PM, Adam Zarafshani <adam@panache-usa.com> wrote:
>
> Dan,
>
> I am going for a long walk around Town Lake. Niki is turning 18 today so we have activities tonight.
>
> In terms of what you asked me to do a short while ago, I cannot not tell you what they communicate to me. Even though it is a moving target, and what they are doing goes beyond fraud, it is financial terrorism. What they are proposing orally is that basically that:
> 1- They will take over the property.
> 2- They would leave me in and
> 3- If I stabilize the property, get it to completion, they will not take any action against the assets in Edmonton.
>
> That is the summary of the BS that they are proposing. That means the $3.2 million I put in evaporates and pretty much all the other money I have put in will evaporate and handed to them on a silver platter.
>
> I understand that you are rightfully angry and that this is driving a stake through both of our hearts. You and I cannot talk about the fraud that they have committed. That is a known fact. Can we get them? Yes, we can. It will take money to do it and my first stress right now is money. If you can raise some cash this week, I will unleash everything at my disposal towards them. Also remember, I am fine with doing that but we will not have a project. We will have a lawsuit for a year and a half. I will go to the end of the world with you. But, as I sent you the letter from the lawyers, we do not have any soldiers nor any ammunition.
>
> Regards,
>
>
> **Adam Zarafshani**
> **Austin Viie**
> **Panache Development & Construction, Inc.**
> **512 345 7000 Austin**
> **872 222 7031 Chicago**
> **310 929 0094 LA**

**The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.**