**FUNDS ADVANCED TO DAN WHITE BY PANACHE THROUGH HIS COMPANIES**

| DATE | TYPE | COMPANY | AMOUNT | BANK REF NUMBER | TOTALS |
|---|---|---|---:|---|---:|
| **ABSOLUTE ENVIRONMENTAL WASTE MANAGEMENT ON BEHALF OF DAN WHITE** | | | | | |
| 06/13/19 | Wire | Absolute | $ 34,363.98 | 190613153302RS00 | |
| 06/17/19 | Wire | Absolute | 75,000.00 | 190613153302RS00 | |
| 07/18/19 | Wire | Absolute - for Hustwick Payne | 75,000.00 | 190717132026KB00 | |
| **TOTAL TO ABSOLUTE ENVIRONMENTAL WASTE MANAGEMENT** | | | $ 184,363.98 | | $184,363.98 |
| | | | | | |
| **SYMMETRY ASSET MANAGEMENT, INC. ON BEHALF OF DAN WHITE** | | | | | |
| 03/25/19 | Wire | Symmetry Asset Management, Inc. | $ 100,000.00 | 190325121400KM00 | |
| 04/10/19 | Wire | Symmetry Asset Management, Inc. | 60,000.00 | 190409155454WA00 | |
| 04/26/19 | Wire | Symmetry Asset Management, Inc. | 25,000.00 | 190426142239KM00 | |
| 08/13/19 | Wire | Symmetry Asset Management, Inc. | 50,000.00 | 190813124452RS01 | |
| **TOTAL ON SYMMETRY ASSET MANAGEMENT, INC.** | | | $ 235,000.00 | | $235,000.00 |
| **ECO INDUSTRIAL PARK - TO SKY CONSTRUCTION ON BEHALF OF DAN WHITE** | | | | | |
| 07/17/18 | Wire | Sky Construction | $ 10,000.00 | 04888 | |
| 07/17/18 | EFT | Frost Bank | 45.00 | 04888 | |
| 07/23/18 | Wire | Sky Construction | 4,000.00 | 03073 | |
| 07/23/18 | EFT | Frost Bank | 45.00 | 03073 | |
| 08/03/18 | Wire | Sky Construction | 3,200.00 | 04646 | |
| 08/03/18 | EFT | Frost Bank | 45.00 | 04646 | |
| 08/10/18 | Wire | Sky Construction | 3,000.00 | 04080 | |
| 08/10/18 | EFT | Frost Bank | 45.00 | 04080 | |
| 08/17/18 | Wire | Sky Construction | 3,000.00 | 02191 | |
| 08/17/18 | EFT | Frost Bank | 45.00 | 02191 | |
| 08/31/18 | Wire | Sky Construction | 4,550.00 | 04410 | |
| 08/31/18 | EFT | Frost Bank | 45.00 | 04410 | |
| 09/07/18 | Wire | Sky Construction | 5,500.00 | 05044 | |
| 09/07/18 | EFT | Frost Bank | 45.00 | 05044 | |
| 09/17/18 | Wire | Sky Construction | 7,500.00 | 02877 | |
| 09/17/18 | EFT | Frost Bank | 45.00 | 02877 | |
| 09/24/18 | Wire | Sky Construction | 5,600.00 | 03590 | |
| 09/27/18 | Wire | Sky Construction | (5,580.13) | 03376 | |
| 09/27/18 | EFT | Frost Bank | 45.00 | 03590 | |
| 09/27/18 | Wire | Sky Construction | 9,700.00 | 06156 | |
| 09/27/18 | EFT | Frost Bank | 45.00 | 06156 | |
| 10/05/18 | Wire | Sky Construction | 3,600.00 | 05249 | |
| 10/05/18 | EFT | Frost Bank | 45.00 | 05249 | |
| 10/12/18 | Wire | Sky Construction | 3,350.00 | 02054 | |
| 10/12/18 | EFT | Frost Bank | 45.00 | 02054 | |
| 10/19/18 | Wire | Sky Construction | 3,300.00 | 05837 | |
| 10/19/18 | EFT | Frost Bank | 45.00 | 05837 | |
| 10/25/18 | Wire | Sky Construction | 3,800.00 | 01738 | |
| 10/25/18 | EFT | Frost Bank | 45.00 | 01738 | |
| 11/01/18 | Wire | Sky Construction | 3,000.00 | 05138 | |
| 11/01/18 | EFT | Frost Bank | 45.00 | 05138 | |
| 11/14/18 | Wire | Sky Construction | 3,000.00 | 03784 | |
| 11/14/18 | EFT | Frost Bank | 45.00 | 03784 | |
| 11/20/18 | Wire | Sky Construction | 2,350.00 | 04817 | |
| 11/20/18 | EFT | Frost Bank | 45.00 | 04817 | |
| 11/21/18 | Wire | Sky Construction | 1,850.00 | 05577 | |
| 11/21/18 | EFT | Frost Bank | 45.00 | 05577 | |
| 11/29/18 | Wire | Sky Construction | 2,050.00 | 03760 | |
| 11/29/18 | EFT | Frost Bank | 45.00 | 03760 | |
| 03/25/19 | Wire | Sky Construction | 1,625.00 | 01151 | |
| 03/25/19 | EFT | Frost Bank | 45.00 | 01151 | |
| **TOTAL TO SKY CONSTRUCTION** | | | $ 79,294.87 | | $ 79,294.87 |
| **HUSTWICK PAYNE - DAN WHITE'S ATTORNEY** | | | | | |
| 08/15/19 | Credit Card | Hustwick Payne | $ 853.93 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 850.69 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 221.18 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 24,113.65 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 692.70 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 1,276.04 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 1,032.98 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 1,459.13 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 291.66 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 565.51 | | |
| 08/15/19 | Credit Card | Hustwick Payne | 1,361.10 | | |
| | | | $ 32,718.57 | | $ 32,718.57 |
| **PAYMENT MADE BY DAN WHITE** | | | | | |
| 10/01/19 | Wire | Symmetry Asset Management, Inc. | $ 75,377.72 | | $ (75,377.72) |
| | | | | | |
| **TOTAL PAID TO DAN WHITE & HIS COMPANIES** | | | | | $455,999.70 |

**EXHIBIT A**